## United States District Court
### Violation Notice

| | |
|---|---|
| Violation Number: R 3441254 | Officer Name (Print): McClay, Andrea M266 | Officer No: DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/19/2006 1500
Offense Charged: ☐ CFR ☐ USC ☒ State Code — DE Title 11 Section 840
Place of Offense: Bldg #266 Base Exchange
Offense Description: Section 840 Shoplifting DE Title 11 Class A Misdemeanor

2006050131

### DEFENDANT INFORMATION

Last Name: Garnett
First Name: Angeliki
Phone: —
M/F: F

Street Address: [redacted]
City: Camden   State: DE   Zip Code: 19934
Drivers License No: [redacted]   DL State: DE   Social Security No: [redacted]   Date of Birth: [redacted] 43
☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: BN   Eyes: BN   Height: 5'04"   Weight: 125   Color: —

### VEHICLE DESCRIPTION
Tag No: —   State: —   Year: —   Make/Model: —   VIN: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 844 Kings Street, Wilmington, DE 19801
Date (mm/dd/yyyy): _____   Time (h:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Angeliki Garnett

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 May, 2006 while exercising my duties as a law enforcement officer in the Kent District of DE.

Your Honor,
While performing my security force duties, I was dispatched to Bldg #266 for a possible shoplifting. After further investigation the Security video tape showed Mrs. Garnett remove a button from a card in the stationary section of Bldg #266. Mrs. Garnett then placed the button into a bag without rendering payment.

Mrs. Garnett is aware of her mandatory court appearance.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/19/2006   Officer's Signature: Andrea McClay

Probable cause has been stated for the issuance of a warrant.

Executed on _____   U.S. Magistrate Judge
CVR Scan 6/5/2006 16.04.07

FILED JAN 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

REDACTED