IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff,  :

    v.  :  VIOLATION NOTICE NO. _R3441254_

_Angeliki Garnett_  :

    Defendant.  :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Angeliki Garnett_.

COLM F. CONNOLLY
United States Attorney

BY: _____
KHELA VON LINSOWE, Captain, USAF
Special Assistant United States Attorney

DATE: August 22, 2007

**IT IS SO ORDERED** this _22ND_ day of _AUGUST_ 2007.

FILED
AUG 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge